**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1515**

DORA ALICIA AYALA-GODOY,

       Petitioner,

    v.

MATTHEW G. WHITAKER, Acting Attorney General,

       Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  October 29, 2018            Decided:  November 13, 2018

Before HARRIS and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Japheth N. Matemu, MATEMU LAW OFFICE P.C., Raleigh, North Carolina, for Petitioner.  Chad A. Readler, Acting Assistant Attorney General, John S. Hogan, Assistant Director, Ashley Martin, Trial Attorney, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora Alicia Ayala-Godoy, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals ("Board") affirming and adopting the immigration judge's decision denying her applications for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT") and dismissing her appeal. We have thoroughly reviewed the record, including the various documentary exhibits and the transcript of Ayala-Godoy's merits hearing. We conclude that the record evidence does not compel a ruling contrary to any of the agency's factual findings, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision, *see INS v. Elias–Zacarias*, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Ayala-Godoy* (B.I.A. Apr. 30, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2